IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DANIELLE ABBOTT-CHADWICK, § | |
| PLAINTIFF, § | |
| § | |
| V. § | CIVIL NO. 1:22-CV-01080-LY |
| § | |
| NATIONAL CREDIT SYSTEMS, INC. § | |
| AND OLD REPUBLIC SURETY CO., § | |
| DEFENDANTS. § | |

## ORDER

Before the court is the above entitled cause of action. On December 14, 2022, Plaintiff filed a Notice of Voluntary Dismissal as to Defendant AG-Hilltop East Riverside 1300 Property Owner LP (Doc. #12). Accordingly,

**IT IS ORDERED** that the style in the case remaining before this court be modified as noted in the style utilized in this order. The clerk and the parties in this case are **FURTHER ORDERED** use the above-referenced style for all future pleadings in this case.

SIGNED this _16th_ day of December, 2022.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE